## WILLIAM GRIFFING agt. JOHN R. THURMAN.

It is not necessary to state, in an affidavit for judgment as in case of nonsuit, *what the cause of action is.*

*September Term,* 1846.

MOTION by defendant for judgment as in case of nonsuit.

Defendant moved for judgment as in case of nonsuit, after stipulation, upon an affidavit which did not state what the cause of action was, but was in the usual form, showing that issue was joined, &c., and that the cause was not noticed for trial, nor tried in pursuance of the stipulation.

H. B. NORTHUP, *defendant's counsel and attorney.*

E. H. ROSEKRANS, *plaintiff's counsel and attorney.*

Plaintiff's counsel insisted that the affidavit was insufficient; it should have stated the cause of action; it might be that the action was replevin, in which case defendant could not move for judgment as in case of nonsuit.

BRONSON, Chief Justice.   Held, the affidavit was sufficient, and there being no excuse shown, the motion was *granted.*